RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
GEORGE M. BORKOWSKI (SBN 133416)
gmb@msk.com
WADE B. GENTZ (SBN 249793)
wbg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Defendants
Universal Music Group, Inc.,
and UMG Recordings, Inc.

E-FILED
AUG 22 2008

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CLINTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV 07-00672 PSG (JWJx)<br><br>The Honorable Philip S. Gutierrez<br><br>[PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW<br><br>NOTE CHANGES MADE BY THE COURT. |

Mitchell
Silberberg &
Knupp LLP
1888820.1

The Court, having conducted a bench ~~trail~~ trial on the Fifth Cause of Action of the First Amended Complaint for Declaratory Judgment, insofar as that claim pertains to the artist "Parlet," and having considered the testimony of the witnesses, documentary and other evidence, and the contentions and argument of the parties Plaintiff George Clinton and Defendants Universal Music Group, Inc., and UMG Recordings, Inc., hereby makes the following Findings of Fact and Conclusions of Law:

## FINDINGS OF FACT

1. Plaintiff George Clinton ("Clinton") is a recording artist.

2. Clinton has performed as the musical group "Parliament."

3. Defendant UMG Recordings, Inc., is in the business of producing, selling, and/or licensing sound recordings. Defendants UMG Recordings, Inc., and Universal Music Group, Inc., are sometimes hereinafter referred to collectively as "UMG."

4. Defendant UMG Recordings, Inc., which was formerly known as PolyGram Records, Inc. ("PolyGram"), is the successor-in-interest to the rights of Casablanca Record and Filmworks, Inc. ("Casablanca"), relating to Clinton, including his loan-out companies, and the musical artists known as "Parliament" and "Parlet."

5. Pursuant to a memorandum agreement dated March 17, 1976, between Casablanca and Thang, Inc., one of Clinton's "loan-out" companies ("Thang"), Thang delivered certain master recordings embodying performances of Clinton as the artist Parliament to Casablanca.

6. On or about July 19, 1977, Casablanca and Thang entered into an exclusive recording agreement regarding Thang's record production services for the artist Parlet (the "1977 Parlet Agreement"). Trial Exhibit 14 is that agreement.

7. Under the 1977 Parlet Agreement, Thang delivered the following long-play sound recordings to Casablanca: *Pleasure Principle*; *Invasion of the Booty Snatchers*; and *Play Me or Trade Me* (collectively the "Parlet Master Recordings").

8. In or around 1980, disputes arose between Thang, Clinton, and Casablanca relating to, in part, the artists Parliament and Parlet. Those disputes were resolved in a Release and Settlement Agreement dated October 17, 1980 entered into by Thang, Clinton, and Casablanca (the "Settlement Agreement"). Trial Exhibit 205 is that agreement.

9. The Settlement Agreement stated that the parties "desired . . . to enter into new agreements which will supersede all prior agreements."

10. On or about October 23, 1980, Casablanca and P-Funk, Inc., another of Clinton's "loan-out" companies ("P-Funk"), entered into an Artist's Production Agreement. Trial Exhibit 204 is that agreement.

11. On or about December 23, 1980, P-Funk, Inc., Casablanca, and Clinton entered into a written agreement concerning the artists Parlet, Bernie Worrell, and Tracy Clinton (the "1980 Parlet Agreement"). Trial Exhibit 15 is that agreement.

12. Although the parties to the 1980 Parlet Agreement contemplated entering into a more formal agreement, no other agreement was entered into.

13. No Parlet Master Recordings were delivered under the December 1980 Parlet Agreement.

14. In or about 1994, PolyGram released a sound recording album titled *Best of Parlet*, containing tracks from the Parlet Master Recordings.

15. Casablanca registered a copyright certificate for *Pleasure Principle* with the United States Copyright Office on or about March 31, 1978, bearing Registration No. SR 3-085.

16. Casablanca registered a copyright certificate for *Invasion of the Booty Snatchers* with the United States Copyright Office on or about April 27, 1979, bearing Registration No. SR 8-554.

17. Casablanca registered a copyright certificate for *Play Me or Trade Me* with the United States Copyright Office on or about August 18, 1980, bearing Registration No. SR 23-294.

18. PolyGram registered a copyright certificate for *Best of Parlet* with the United States Copyright Office on or about December 21, 1994, bearing Registration No. SR 20-6419.

19. Casablanca, PolyGram, and/or UMG have been accounting to Clinton's loan-out companies for the exploitation of the Parlet Master Recordings, *Best of Parlet*, and other Parlet compilations pursuant to the terms of the 1977 Parlet Agreement.

20. There is no evidence of any agreements, written or oral, concerning Parlet between Casablanca, PolyGram, and/or UMG on the one hand, and Clinton and/or his loan-out companies, on the other hand, other than Trial Exhibits 14, 15, 204, and 205.

## CONCLUSIONS OF LAW

1. The July 19, 1977, agreement between Casablanca and Thang (Trial Exhibit 14); the October 17, 1980, Release and Settlement Agreement among Thang, Clinton, and Casablanca (Trial Exhibit 205); the October 23, 1980, Artist's Production Agreement between Casablanca and P-Funk (Trial Exhibit 204); and the December 23, 1980, agreement among P-Funk, Casablanca, and Clinton (Trial Exhibit 15) are all valid and enforceable agreements that exclusively govern UMG's relationship with Clinton regarding Parlet.

2. Defendant UMG Recordings, Inc., which was formerly known as PolyGram Records, Inc., is the successor-in-interest to the rights of Casablanca

1 relating to Clinton, including his loan-out companies, and the musical artists
2 Parliament and Parlet.

3. The July 19, 1977, Parlet Agreement contains the operative royalty and other payment terms between UMG and Clinton's loan-out companies concerning the Parlet Master Recordings, *Best of Parlet*, and other compilations.

4. UMG is the copyright owner of the Parlet Master Recordings, including *Pleasure Principle*, *Invasion of the Booty Snatchers*, *Play Me or Trade Me*, and *Best of Parlet*, including the individual sound recordings contained in those long-play sound recordings.

5. The Fifth Cause of Action of the First Amended Complaint is adjudicated in favor of UMG. This Court makes no declaratory Judgment in favor of Clinton.

Defendant is ordered to prepare a Judgment within 10 days.

Dated: 8/21, 2008

The Hon. Philip S. Gutierrez
United States District Judge