| | |
|---|---|
| RUSSELL J. FRACKMAN (SBN 49087)<br>rjf@msk.com<br>GEORGE M. BORKOWSKI (SBN 133416)<br>gmb@msk.com<br>WADE B. GENTZ (SBN 249793)<br>wbg@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100 | E-FILED 9/12/08<br>JS-6<br><br>NOTE CHANGES MADE BY THE COURT |

Attorneys for Defendants
Universal Music Group, Inc.,
and UMG Recordings, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CLINTON, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>UNIVERSAL MUSIC GROUP, INC., a Delaware corporation, and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Defendants. | CASE NO.  CV 07-00672 PSG (JWJx)<br><br>The Honorable Philip S. Gutierrez<br><br>~~[PROPOSED]~~ FINAL JUDGMENT |

On June 19, 2008, the Court granted summary judgment in favor of Defendants Universal Music Group, Inc., and UMG Recordings, Inc. (collectively "UMG"), and against Plaintiff George Clinton ("Clinton"), on the First, Second, Third, Fourth, Sixth, and Seventh Causes of Action in the First Amended Complaint ("FAC") in the action.  On August 22, 2008, after a bench trial on the Fifth Cause of Action in the FAC, the Court entered Findings of Fact and Conclusions of Law, and adjudicated the Fifth Cause of Action in favor of UMG and against Clinton.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

1. That final judgment be, and hereby is, entered in favor of UMG, and against Clinton, on the entirety of the FAC and every cause of action therein;

2. That the FAC be, and hereby is, dismissed with prejudice;

3. That the July 19, 1977, agreement between Casablanca Record ~~and FilmWorks, Inc.~~ ("Casablanca"), and Thang, Inc. ("Thang") (Trial Exhibit 14); the October 17, 1980, Release and Settlement Agreement among Thang, Clinton, and Casablanca (Trial Exhibit 205); the October 23, 1980, Artist's Production Agreement between Casablanca and P-Funk, Inc. ("P-Funk") (Trial Exhibit 204); and the December 23, 1980, agreement among P-Funk, Casablanca, and Clinton (Trial Exhibit 15) are all valid and enforceable agreements that exclusively govern UMG's relationship with Clinton regarding the artist Parlet;

4. That Defendant UMG Recordings, Inc., which was formerly known as PolyGram Records, Inc., is the successor-in-interest to the rights of Casablanca relating to Clinton, including his loan-out companies, and the musical artists Parliament and Parlet;

5. That Trial Exhibit 14, the July 19, 1977, exclusive recording agreement between Casablanca and Thang regarding Thang's record production services for the artist Parlet, contains the operative royalty and other payment terms between UMG and Clinton's loan-out companies concerning the Parlet

1  Master Recordings (*Pleasure Principle, Invasion of the Booty Snatchers,* and *Play
2  Me or Trade Me*), *Best of Parlet*, and other compilations; and
3    6.  That UMG is the copyright owner of the Parlet Master Recordings,
4  including *Pleasure Principle* (Copyright Registration No. SR 3-085), *Invasion of
5  the Booty Snatchers* (Copyright Registration No. SR 8-554), *Play Me or Trade Me*
6  (Copyright Registration No. SR 23-294), and *Best of Parlet* (Copyright
7  Registration No. SR 20-6419), including the individual sound recordings contained
8  in those long-play sound recordings.

10  Dated: ____9/12/08____, 2008        PHILIP S. GUTIERREZ
11                                      The Hon. Philip S. Gutierrez
                                        United States District Judge

Mitchell Silberberg & Knupp LLP
1943309.2

2