RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
Universal Music Group, Inc.,
and UMG Recordings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CLINTON, an individual, | Case No. CV 07-00672 PSG (JWJx) |
| Plaintiff, | The Honorable Philip S. Gutierrez |
| v. | **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS UNIVERSAL MUSIC GROUP, INC., AND UMG RECORDINGS, INC., FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF GEORGE CLINTON** |
| UNIVERSAL MUSIC GROUP, INC., a Delaware corporation, and UMG RECORDINGS, INC., a Delaware corporation, | |
| Defendants. | |

Mitchell
Silberberg &
Knupp LLP

3898714.1

On August 8, 2011, the motion of Defendants Universal Music Group, Inc., and UMG Recordings, Inc. (collectively "Defendants"), for partial summary judgment against Plaintiff George Clinton ("Plaintiff") under Federal Rule of Civil Procedure 56 came on regularly for hearing, in Courtroom 790 of this Court, the Honorable Philip G. Gutierrez presiding.

After full consideration of the evidence, and the moving, opposition, and reply papers, the file in this action, and the argument of counsel, the Court finds there is no genuine issue of any material fact as to the issues raised in the motion, that Defendants, and each of them, are entitled to partial summary judgment as a matter of law against Plaintiff, and good cause appearing therefor;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

That Defendants' motion for partial summary judgment in their favor and against Plaintiff be, and hereby is, GRANTED:

1. Plaintiff's first claim for breach of contract with respect to internet royalties is barred as a matter of law by contractual limitations and objections provisions.

2. Plaintiff's claim for an accounting and for declaratory judgment are barred as a matter of law to the extent they refer to the internet royalty claim.

Dated: August ____, 2011

_____
The Hon. Philip S. Gutierrez
United States District Judge